May 30, 2013



# JUDGMENT

# The Fourteenth Court of Appeals

DUNHAM ENGINEERING, INCORPORATED, Appellant

NO. 14-12-00369-CV            V.

THE SHERWIN-WILLIAMS COMPANY, Appellee

_____

        This cause, an interlocutory appeal from the order denying the motion to dismiss in favor of appellee, the Sherwin-Williams Company, signed March 15, 2012, was heard on the transcript of the record. We have inspected the record and find no error in the judgment. We order the judgment of the court below **AFFIRMED**.

        We order appellant, Dunham Engineering, Incorporated, to pay all costs incurred in this appeal.

        We further order this decision certified below for observance.